**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Craig William FRAZIER, Defendant–Appellant.**

**No. 15-30135**

United States Court of Appeals, Ninth Circuit.

Submitted August 12, 2016 *

Filed August 16, 2016

Jessica Anne Betley, Assistant U.S. Attorney, Carl E. Rostad, Assistant U.S. Attorney, Great Falls, MT, Leif Johnson, Assistant U.S. Attorney, Billings, MT, for Plaintiff–Appellee

Craig William Frazier, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

**MEMORANDUM** **

Frazier appeals from the district court's order denying his "Rule 60(b) and 3582 Motion to Reduce Sentence." Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Frazier's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Frazier the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**